UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  NO. 4:06CR00147 WRW

ANDRE SAIN

### REVISED DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled indictment against the named defendant Andre Sain only.

JANE DUKE
United States Attorney

/s/ Angela Jegley
ANGELA S. JEGLEY
Assistant U.S. Attorney
Bar 79100
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Angela.Jegley@usdoj.gov

Leave of Court is granted this ____ day of __April_____, 2009 for the filing of the foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE